**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

MDL 00-1344 (FB)(KAM)
The Hon. Frederic Block

IN RE AIR CRASH OFF THE COAST OF
NANTUCKET ISLAND, MASSACHUSETTS
ON OCTOBER 31, 1999

THIS DOCUMENT RELATES TO:

Case No. 02-CV-1530 (FB)
*Moataz Mohamed, et al. v.*
*The Boeing Co., et al.,*

**ORDER**

This matter coming to be heard on Plaintiffs' Rule 41(a)(2) Motion to Dismiss:

IT IS HEREBY ORDERED that the individual action of plaintiff, SHAFIKA MOHAMED SAID AHMED, is hereby dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and this cause of action shall continue as to all other plaintiffs.

Frederic Block
_____
Honorable Frederic A. Block
U. S. District Court Judge  6/19/06




**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE AIR CRASH OFF THE COAST OF
NANTUCKET ISLAND, MASSACHUSETTS
ON OCTOBER 31, 1999

MDL 00-1344 (FB)(KAM)
The Hon. Frederic Block

THIS DOCUMENT RELATES TO:

Case No. 02-CV-1530 (FB)
*Moataz Mohamed, et al. v.*
*The Boeing Co., et al.,*

## RULE 41(a)(2) MOTION TO DISMISS
## THE ACTION OF A CERTAIN PLAINTIFF

NOW COME the plaintiffs, RADA TAG EL-DIN MOHAMED, individually and as personal representative of the estate of MAHMOUD ABD-ELAZYM LAZ, deceased, AHMED MAHMOUD ABD-ELAZYM LAZ, and TAMER MAHMOUD ABD-ELAZYM LAZ, and pursuant to Rule 41(a)(2) move to dismiss the individual claim of SHAFIKA MOHAMED SAID AHMED, and in support thereof state as follows:

Plaintiffs, RADA TAG EL-DIN MOHAMED, individually and as personal representative of the estate of MAHMOUD ABD-ELAZYM LAZ, deceased, AHMED MAHMOUD ABD-ELAZYM LAZ, and TAMER MAHMOUD ABD-ELAZYM LAZ, retained NOLAN LAW GROUP to represent them in the actions arising out of the death of MAHMOUD ABD-ELAZYM LAZ, while a passenger aboard EgyptAir Flight 990 on October 31, 1999. SHAFIKA MOHAMED SAID AHMED has not sought to bring an individual cause of action arising out of the death of MAHMOUD ABD-ELAZYM LAZ, nor has she expressed any wish to continue with her action.

WHEREFORE, the aforesaid plaintiffs request this Honorable Court to enter an order dismissing the individual action of SHAFIKA MOHAMED SAID AHMED, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and that this action continue as to all other plaintiffs.

                                                  _____
                                                  Attorney for Plaintiff

Donald J. Nolan (DN 5466)
NOLAN LAW GROUP
20 North Clark Street
30th Floor
Chicago, Illinois 60602
Tel: (312) 630-4000